# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIO CASTILLO, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

GOLABS, INC.,

Defendant.

Case No. 1:26-cv-04875-JLT-SAB

ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT

(ECF No. 7)

Before the Court is a stipulation from the parties regarding an extension of time in which Defendant may answer the complaint. For good cause shown, the Court approves the stipulation and ORDERS that said Defendant shall have through **September 18, 2026**, to answer or otherwise respond to the operative complaint.

IT IS SO ORDERED.

Dated: **August 31, 2026**

STANLEY A. BOONE
United States Magistrate Judge