# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CASTILLO, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>GOLABS, INC.,<br><br>Defendant. | Case No. 1:26-cv-04875-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE<br><br>**DEADLINE: SEPTEMBER 28, 2026** |

On June 24, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is scheduled for October 15, 2026. (ECF No. 2.) The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. At this time, Defendant GoLabs, Inc. has not appeared or answered.

On July 17, 2026, Plaintiff filed a summons returned executed, indicating that Defendant was served on July 8, 2026. (ECF No. 4.) On August 28, 2026, Plaintiff filed a stipulation for an extension of time on behalf of Defendant in order to continue the answer deadline. (ECF No. 7.) That deadline has now passed, and Defendant has still not appeared or answered. (See ECF No. 8.)

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that **on or before September 28, 2026**, Plaintiff shall file a status report indicating whether Plaintiff is prepared to hold the initial scheduling conference; whether the scheduling conference should be continued to allow for the Defendant to appear in this action; and/or whether Plaintiff plans to request an entry of default.

IT IS SO ORDERED.

Dated: **September 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge