# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIO CASTILLO, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

GOLABS, INC.,

Defendant.

Case No. 1:26-cv-04875-JLT-SAB

ORDER REGARDING STIPULATION SETTING ASIDE DEFAULT AND EXTENDING TIME FOR RESPONSIVE PLEADING TO BE FILED

(ECF No. 14)

As relevant here, on September 29, 2026, the Clerk of Court filed an entry of default as to Defendant GoLabs, Inc. (ECF No. 12.) On October 22, 2026, the parties filed a stipulation to set aside the entry of default and extend the time for Defendant to respond to the complaint within ten days of the Court's order. (ECF No. 14.) The Court finds good cause exists to grant the stipulated relief.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's entry of default against Defendant GoLabs, Inc. (ECF No. 12) is hereby SET ASIDE; and
2. Defendant shall file a responsive pleading **within ten (10) days of this Order.**

IT IS SO ORDERED.

Dated: **October 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge